**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO ESTRELLA FLORES,<br><br>      Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br><br>      Defendant | Case No.: 8:21-cv-00317-PD<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,850.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: June 17, 2022

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Lawrence D. Rohlfing*

4    BY: _____

         Lawrence D. Rohlfing
5        Attorney for plaintiff Mario Estrella Flores

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26